**Entered on Docket
April 13, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

PITE DUNCAN, LLP
EDDIE R. JIMENEZ (NV Bar #10376)
ACE VAN PATTEN (NV Bar #11731)
701 Bridger Avenue, Suite 700
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for  Secured Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>GEORGE M. DINGLER,<br><br>            Debtor(s). | Bankruptcy Case No. BK-S-10-17612-lbr<br>Chapter 13<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    April 6, 2011<br>Time:   10:30 a.m. |

1  A hearing on Secured Creditor Wells Fargo Bank, National Association as
2  Trustee for the certificateholders of structured asset mortgage investments II Inc. Bear Stearns
3  Mortgage Funding Trust 2007-AR5 Mortgage Pass-Through Certificates, Series 2007-AR5's
4  Motion for Relief From the Automatic Stay came on regularly for hearing in the United States
5  Bankruptcy Court before the Honorable Linda B. Riegle, Matthew M. McArthur appearing on
6  behalf of Secured Creditor.

7  The court having duly considered the papers and pleadings on file herein and
8  being fully advised thereon and finding cause therefor:

9  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

10 The automatic stay of 11 United States Code section 362 is hereby immediately
11 terminated as it applies to the enforcement by Movant of all of its rights in the real property
12 under the Note and Deed of Trust encumbering the real property commonly known as 2607
13 Dirleton Pl, Henderson, Nevada 89044 ("Real Property"), which is legally described as:

14  SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT ONE AND MADE A
15  PART HEREOF .

16

17 IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or
18 its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale
19 of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days
20 prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at
21 least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the
22 Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada
23 Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to
24 provide 7 days' notice to the Debtor(s).
25 /././/
26 /././/
27 /././/
28 /././/

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon entry of this Order, the Trustee shall cease payment on Secured Creditor's Proof of Claim. Secured Creditor's Proof of Claim is allowed in t he amount of payments made to date by the Trustee.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon disposition of the Real Property, Secured Creditor may amend said Proof of Claim and share in any distribution from the date of the filing of the amended Claim pursuant to the confirmed Plan.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Trustee is not required to recover previous distributions from other creditors for distribution on Secured Creditor's amended claim. This may result in a percentage of payment on Secured Creditor's amended Claim different than to other creditors.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this order shall be binding and effective and supersede any subsequently entered confirmation order that confirms a Chapter 13 Plan of Reorganization providing for the treatment of Movant's claim.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that following entry of this Order, Secured Creditor must record a Notice of Default prior to proceeding with any foreclosure action and otherwise comply with Nevada Revised Statutes section 107 if applicable. The Notice of Default must be recorded prior to proceeding with any foreclosure action notwithstanding any prior-recorded Notice of Default.

APPROVED/DISAPPROVED     APPROVED/DISAPPROVED

GEORGE M. DINGLER            RICK A. YARNALL
DEBTOR                                 TRUSTEE

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

☐ Approved.

☐ Disapproved.

☒ Failed to respond. – Debtor/Trustee

###

Submitted by:

/s/ MATTHEW M. MCARTHUR
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11731
Attorney for WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5